IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08-mj-1089 |
| v. ) | |
| ) | |
| GERMAN ARTURO MOLINA- ) | |
| RODRIGUEZ ) | |

O R D E R

The government's motion to dismiss complaint without prejudice (Docket Entry No. 3) is GRANTED.

The complaint is hereby DISMISSED without prejudice.

The Marshal is directed to return unexecuted the warrant issued in this case on November 10, 2008.

The Clerk is directed to unseal the warrant (Docket Entry No. 2).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge